IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 13-MJ-07081 |
| JUSTIN VANGILDER, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR DETERMINATION
OF THE DEFENDANT'S MENTAL COMPETENCY**

COMES NOW Phillip J. Kavanaugh, Federal Public Defender, and moves this Court to order, pursuant to 18 U.S.C. § 4241, that Defendant Justin Vangilder undergo a psychiatric and/or psychological examination, and to order a hearing to determine mental competency, and in support thereof states as follows:

1. On October 4, 2013, Mr. Vangilder was charged in a complaint with three counts of possessing an unregistered pipe bomb on October 3, 2013, in violation of 26 U.S.C. § 5861(d) and 5871.

2. The complaint affidavit alleges that Mr. Vangilder made statements indicating that he was suicidal, that his purpose for possessing the pipe bombs was to inflict casualties, and that he had fantasies about killing sex offenders in the local area.

3. The allegations in the complaint, as well as confidential information obtained by Federal Public Defender Legal Staff in interviewing Mr. Vangilder in preparation for his initial appearance, constitute substantial reason to believe that Mr. Vangilder is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature

and consequences of the proceedings against him or assist properly in his defense.

WHEREFORE, undersigned Counsel requests that the Court enter appropriate orders transferring Mr. Vangilder from the St. Clair County Jail to an appropriate facility operated and staffed by the United States Bureau of Prisons in order that a psychiatric/psychological examination be conducted by a qualified psychiatrist or psychologist, and that this examination be conducted consistent with the procedures set forth in 18 U.S.C. § 4247.

Respectfully submitted,

s/ Phillip J. Kavanaugh
PHILLIP J. KAVANAUGH
Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon Jungmin Lee, Assistant United States Attorney, Southern District of Illinois, Nine Executive Drive, Fairview Heights, Illinois 62208, via electronic filing with the Clerk of the Court using the CM/ECF system this 7th day of October, 2013.

s/ Phillip J. Kavanaugh
PHILLIP J. KAVANAUGH