# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: US vs. Vangilder
FOR AT: FILED OCT 07 2013, CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS OFFICE

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Justin Vangilder

- 1. ☒ Defendant—Adult
- 2. ☐ Defendant—Juvenile
- 3. ☐ Appellant
- 4. ☐ Probation Violator
- 5. ☐ Parole Violator
- 6. ☐ Habeas Petitioner
- 7. ☐ 2255 Petitioner
- 8. ☐ Material Witness
- 9. ☐ Other (Specify)

DOCKET NUMBERS:
Magistrate:
District Court: 13-7081-SCW
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor
26 USC 5861(d) x 3

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: US Air Force - Scott Airforce Base
- IF YES, how much do you earn per month? $ ~3000/mo with benefits
- IF NO, give month and year of last employment. How much did you earn per month $ ___
- If married is your Spouse employed? ☐ Yes ☐ No — Separated NA
- IF YES, how much does your Spouse earn per month $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income...? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: ___

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No — IF YES, state total amount $ ~1000

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? ☒ Yes ☐ No
- VALUE: ~10k  DESCRIPTION: 05 Ford Mustang, owe ~$7000

**DEPENDENTS**
- MARITAL STATUS: ☒ Separated or Divorced
- Total No. of Dependents: 0

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: Rent | $ | $ 800/mo |
| utilities/cable/phone | $ | $ ~500-600 |
| Credit card debt | $ ~7000 | $ ~50/mo |
| car debt | $ ~7000 | $ 239/mo |
| carrying school loan | 5000 | 85/mo deferred |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]
10-7-13

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.