IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | CRIMINAL NO. 13-CR-30253-MJR |
|  | ) |  |
| JUSTIN A. VANGILDER, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**GOVERNMENT'S STATEMENT OF ELEMENTS AND PENALTIES**

The Government states that the following are the Elements and maximum Penalties that can be imposed upon conviction for Counts 1 – 3 of the Indictment:

| **Statute** | **Charge** | **Elements** | **Penalties** |
|---|---|---|---|
| 26 USC Sections 5861(d) and 5871 | Possession of an Unregistered Firearm/ Destructive Device – Explosive Bomb | 1. Defendant knowingly possessed a firearm, as defined in 26 USC 5845; <br> 2. The firearm was a destructive device, as defined by statute – that is, an explosive bomb or similar device. <br> 3. Defendant knew of the characteristics of the firearm – that is, that it was an explosive bomb or similar device; <br> 4. The firearm was not registered to Defendant in the National Firearms Registration and Transfer Record. (It does not matter whether Defendant knew that the firearm was not so registered or that it had to be so registered). | 10 years' imprisonment or $250,000 fine, <u>or both</u>; <br> 3 years' supervised release; <br> $100 special assessment |

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney


*s/Stephen B. Clark*
STEPHEN B. CLARK
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 628-3730
E-mail:  Stephen.Clark@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>           Plaintiff,   )<br>  )<br>     vs.   )<br>  )<br>JUSTIN A. VANGILDER,   )<br>  )<br>           Defendant.   ) | CRIMINAL NO.   13-CR-30253-MJR |

### Certificate of Service

I hereby certify that on April 21, 2014, I caused to be electronically filed

**GOVERNMENT'S STATEMENT OF ELEMENTS AND PENALTIES** with the Clerk of

Court using the CM/ECF system which will send notification of such filing(s) to the following:

Phillip J. Kavanaugh:  Phillip_Kavanaugh@fd.org

    Respectfully submitted,

    STEPHEN R. WIGGINTON
    United States Attorney


    *s/Stephen B. Clark*
    STEPHEN B. CLARK
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, IL  62208
    (618) 628-3700
    Fax:  (618) 628-3730
    E-mail:  Stephen.Clark@usdoj.gov